JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10   CORINA B.,[1]

11                              Plaintiff,

12              v.

13   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,

14

15                              Defendant.

Case No. EDCV 22-562-KK

JUDGMENT

16

17         Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the

18   decision of the Commissioner of the Social Security Administration is REVERSED,

19   and this action is REMANDED for the immediate payment of benefits.

20

21   Dated: April 03, 2023

22                                         HONORABLE KENLY KIYA KATO
                                           United States Magistrate Judge

23

24

25

26

27

28

---

[1]      Partially redacted in compliance with Federal Rule of Civil Procedure
5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and
Case Management of the Judicial Conference of the United States.